■ In the Matter of ALBINA D. SUKIENNIK, Respondent, v. DAIRYMEN'S LEAGUE COOP., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by the employer and its insurance carrier from a decision of the Workmen's Compensation Board, filed November 27, 1972, which reversed a referee's decision disallowing the claim and found that the decedent's death on May 21, 1971 was causally related to a prior accidental heart injury suffered on October 11, 1965. The board found: " On the basis of the reports and testimony of Dr. Taylor that as a result of the infarction sustained on 10/11/65, decedent continued to suffer from recurrent angina, and that the heart muscle scar which formed after that attack produced an area of irritability which was a competent producing cause of the cardiac arrhymthmia." There is substantial evidence to

sustain the determination of the board. Decision affirmed, with costs to the Workmen's Compensation Board. Herlihy, P. J., Greenblott, Sweeney, Main and Reynolds, JJ., concur.